IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| | * | |
| vs. | * | No. 4:01cr00190 SWW |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| MATASHA NICOLE HAMMONDS, | * | |
| | * | |
| Defendant. | * | |

ORDER

Before the Court is defendant's *pro se* motion [doc.#219] to expunge or seal her 2002 criminal conviction (pursuant to a guilty plea) concerning conspiracy to make and possess counterfeit securities and possession of counterfeit securities. Defendant asserts that she has obtained a two-year college degree and is enrolled at the University of Arkansas at Little Rock to pursue a four-year degree, that she has been married for nearly three years and has had four children that depend on her to be a good role model, that she has truly learned her lesson, and that she is asking for a second chance to prove she has changed.

"While expungement may be warranted in cases in which the conviction was obtained illegally or through government misconduct, or in cases involving convictions under statutes later deemed unconstitutional, expungement of a *valid* conviction is rarely, if ever, warranted." *United States v. Whitson*, No. 2:99-cr-071, 2006 WL 2645139 (S.D.Ohio Sept. 14, 2006) (emphasis in original). In this respect, the Eighth Circuit has held that district courts do not have

ancillary jurisdiction to expunge a criminal record based solely on equitable grounds. *United States v. Meyer,* 439 F.3d 855 (8th Cir. 2006).

Here, defendant does not set forth any grounds authorizing this Court to expunge her criminal conviction nor does she set forth any grounds that would allow her conviction to be sealed. Accordingly, while defendant's post-conviction conduct in seeking to better herself is certainly to be commended, her motion for expungement or to seal must be denied.

IT IS SO ORDERED this 22nd day of February 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE